UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

In the matter of the Petition of

**THE CITY OF ALBANY**,
          Petitioner,

    -against-

**OCCUPY ALBANY, OCCUPY ALBANY
LEGAL GROUP, MARK MISHLER,
as legal representative of OCCUPY ALBANY,
JOHN DOE AND JANE DOE**,
          Respondents.
_____

Civil Action No.
1:11-CV-1524 (NAM/APB)

## CERTIFICATE OF NOTICE OF REMOVAL

      I certify that the Notice of Removal of this action (NYS Supreme Court, Albany County, Index # 7983-11) to the United States District Court for the Northern District of New York was filed with the Supreme Court of the State of New York for Albany County, by filing at the office of the Albany County Clerk, Albany County Courthouse, Eagle Street, Albany, NY, on December 28, 2011.

                                    _____/s/_____
                                        Mark S. Mishler, Esq.
                                        Bar roll 12213